UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LAUREN BLAZER, ERICA SPIRES, and, DAVID SANZ | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:18-CV-00097 |
| v. | ) ) | |
| | ) | JUDGE: Greer |
| BUDDY GREGG MOTOR HOMES, LLC, | ) ) | MAGISTRATE: Guyton |
| Defendant. | ) | |

MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE
FOR DISMISSAL BASED ON *FORUM NON CONVENIENS*

Plaintiffs Lauren Blazer and Erica Spires signed valid jury waivers which provide that any claim between themselves and Buddy Gregg Motor Homes, LLC ("Buddy Greg") would be heard in the Circuit or Chancery Court of Knox County, and heard by the Court, sitting without a jury.

Their waivers are a valid contract and should be enforced.

Buddy Gregg moves for an Order pursuant to Rule 56 providing that Plaintiffs Blazer and Spires are not entitled to maintain their claims in this Court. In the alternative, Buddy Gregg moves for an Order dismissing their claims on the basis of *form non conveniens*.

Respectfully submitted this 18th day of April, 2019.

/s/ Howard B. Jackson

Howard B. Jackson, BPR #021316
Ann E. Sartwell, BPR #021258
Wimberly Lawson Wright Daves & Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)

Attorneys for Buddy Gregg Motor Homes, LLC

1

## CERTIFICATE OF SERVICE

    I certify that the foregoing Motion for Summary Judgment or in the Alternative for Dismissal Based on *Forum Non Conveniens* was served on the following persons, via the Court's electronic filing system, this 18th day of April, 2019:

Edward G. Phillips
Brandon L. Morrow
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901-0629

                                          /s/ Howard B. Jackson
                                          Howard B. Jackson