UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LAUREN BLAZER, ERICA SPIRES, and, DAVID SANZ )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BUDDY GREGG MOTOR HOMES, LLC, )<br>)<br>Defendant. ) | No. 3:18-CV-00097<br><br>JUDGE:         Greer<br>MAGISTRATE:   Guyton |

## MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF DAVID SANZ' CLAIM OF INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, Buddy Gregg Motor Homes, LLC ("Buddy Greg"), by undersigned counsel, moves the Court for partial summary judgment with respect to Plaintiff David Sanz' claim for intentional interference with business relations. In support of its motion Buddy Gregg submits its memorandum of law in support and shows the Court as follows:

1. After his employment with Buddy Gregg ended Plaintiff Sanz obtained employment with Tennessee RV in December of 2017. He was discharged from that position in March of 2018. He alleges that Buddy Gregg caused the discharge.

2. The Tennessee RV manager who made the decision, Jason Rees, testifies via affidavit that he made the decision independently and had no input from anyone at Buddy Gregg. Accordingly, Buddy Gregg did not cause the discharge and Plaintiff Sanz' claim fails.

WHEREFORE, having stated its grounds and having more fully set out and supported the same in its memorandum in support, Buddy Gregg moves the Court for entry of an Order granting

1

summary judgment in its favor with respect to Plaintiff Sanz' claim of intentional interference with business relations.

Respectfully submitted this 1st day of July, 2019.

/s/ Howard B. Jackson

Howard B. Jackson, BPR #021316
Ann E. Sartwell, BPR #021258
Wimberly Lawson Wright Daves & Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)

Attorneys for Buddy Gregg Motor Homes, LLC

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Summary Judgment with Respect to Plaintiff David Sanz' Claim of Intentional Interference with Business Relations was served on the following persons, via the Court's electronic filing system, this 1st day of July, 2019:

Edward G. Phillips
Brandon L. Morrow
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901-0629

/s/ Howard B. Jackson
Howard B. Jackson