UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAUREN BLAZER, ERICA SPIRES, and, DAVID SANZ )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>BUDDY GREGG MOTOR HOMES, LLC, )<br>)<br>*Defendant*. ) | No. 3:18-CV-00097<br><br>JUDGE: Corker<br>MAGISTRATE: Guyton |

## JOINT MOTION TO CONDUCT TRIAL IN KNOXVILLE DIVISION

Come the Parties, jointly and by and through counsel, and move the Court pursuant to the Scheduling Order [Doc.14] to conduct the trial of this matter in Knoxville as opposed to Greeneville. For grounds, the Parties would show unto the Court as follows:

1. Plaintiffs Blazer and Sanz reside in Knoxville. Defendant's principal place of business is in Knoxville.
2. The majority of live witnesses expected to testify at trial are located in Knoxville.
3. All counsel are located in Knoxville.

Based on the foregoing, the Parties submit there is good cause to hold the trial of this matter in the Knoxville Division. As such, the Parties move this Court to conduct the trial of the above-captioned matter in the Knoxville Division of the United States District Court for the Eastern District of Tennessee.

Respectfully submitted this 26th day of September 2019.

| | |
|---|---|
| /s/Howard B. Jackson | /s/Brandon L. Morrow |
| Howard B. Jackson, BPR #021316 | Edward G. Phillips, BPR #006147 |
| WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC | Brandon L. Morrow, BPR #031242 |
| P.O. Box 2231 | KRAMER RAYSON LLP |
| Knoxville, TN 37901-2231 | P.O. Box 629 |
| hjackson@wimberlylawson.com | (865) 525-5134 |
| | ephillips@kramer-rayson.com |
| | bmorrow@kramer-rayson.com |