UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

LAUREN BLAZER, ERICA SPIRES, and )
DAVID SANZ, )
 )
 )      3:18-CV-00097-DCLC
 )
Plaintiffs, )
 )
 )
vs. )
 )
 )
BUDDY GREGG MOTOR HOMES, LLC, )
 )
 )
Defendant

**ORDER**

The parties have filed multiple motions in the present case. A telephonic status conference

is set for **Friday, October 11, 2019 at 1:30 p.m.** to discuss the pending motions. Defendant's

counsel shall initiate a conference call with counsel for Plaintiffs after which all participating

counsel shall call chambers at (423) 787-7400 at the appointed time.

SO ORDERED:


s/ Clifton L. Corker
United States District Judge