FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union St. Ste 800 Nashville, TN 37219

CASE NAME & NUMBER: Lauren Blazer et. al. v. Buddy Gregg Motor Homes, LLC; 3:18-cv-00097

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference..

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

    ✓ YES _____ NO[2]

2. Did the case settle?

    _____ YES ✓ NO

3. Is mediation to be conducted at a later date?

    _____ YES ✓ NO

4. Was mediation terminated without settlement?

    ✓ YES _____ NO

s/ Gail Vaughn Ashworth
Signature of Certified Mediator

Date: 10/29/19

(Rev. 6/06)

---

[1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more.

[2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.